UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSANA DIAZ**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**RESCARE, INC., A KENTUCKY CORP. ET AL.**<br><br>Defendants. | CASE NO. 20-cv-01333-YGR<br><br>**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES** |

Plaintiff's claims in this case were stayed pursuant to the Court's Order. (Dkt. No. 49.) Given the procedural posture, **IT IS HEREBY ORDERED** that the instant case is **CLOSED** for statistical purposes only.

Nothing contained in this order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered. Within 30 (thirty) days of resolution of the state court process, the parties shall contact this Court and advise whether the case should be terminated and/or other actions which should be taken.

**IT IS SO ORDERED.**

Dated: June 27, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE